# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN DOLORES PEREZ<br><br>    Plaintiff,<br><br>    v.<br><br>QUICKEN LOANS MORTGAGE SERVICES,<br><br>    Defendants. | Case No.: 1:17-cv-1765 -AWI-JLT<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER AND FAILURE TO PROSECUTE |

    Carmen Dolores Perez is proceeding *pro se* and *in forma pauperis* with an action against Quicken Loans Mortgage Services. (Doc. 1) On April 9, 2018, the Court determined Plaintiff failed to clearly allege facts supporting a conclusion that the Court has jurisdiction in this action. (Doc. 3 at 3) In addition, the Court noted Plaintiff failed to clearly identify the claims upon which she sought to proceed. (*Id.* at 3-4) Therefore, the Court was ordered to file an amended complaint within thirty days of the date of service. (*Id.* at 5) To date, Plaintiff has not filed an amended complaint or taken any other action to prosecute this matter.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831

(9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within fourteen days** of the date of service of this Order why the action should not be dismissed for the failure comply with the Court's order and failure to prosecute or to file an amended complaint.

IT IS SO ORDERED.

Dated: **May 21, 2018**                **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE